AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

6 - GABRIEL FIGUEROA-PAGAN

**WARRANT FOR ARREST**

Case Number:  97-037 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GABRIEL FIGUEROA-PAGAN _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

CAMILLE L. VELEZ-RIVE
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

S/ Camille L. Velez-Rive
Signature of Issuing Officer

July 20 , 2004 in San Juan, Puerto Rico
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 7-20-04 | NAME AND TITLE OF ARRESTING OFFICER Rafael Escobar DUSM | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 8-4-04 | | |